# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JASON E. STUEBS,

                Plaintiff,

v.

JOHN A. DES JARDINS, NANCY J. KRUEGER, DANIEL J. TOMBASCO, MARK DITTER, OFFICER NICK OLESZAK, JAMES VERKUILEN, CHARLES SAHR, JASON TREICHEL, AND MATTHEW ALBRECHT,

                Defendants.

Case No. 17-CV-1025-JPS

**ORDER**

On August 11, 2017, Plaintiff filed a letter stating that he wishes to withdraw this action in order to exhaust certain administrative remedies and amend his complaint. (Docket #12). The Court treats the letter as a notice of voluntary dismissal. The Court herewith adopts that notice and will dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff further requests that his complaint be returned to him. (Docket #12). The Court will indulge his request this one time, but warns Plaintiff that in the future, he must retain a copy of all filings he submits to the Court.

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of dismissal (Docket #12) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of Plaintiff's Complaint and its various supplements (Docket #1, #6, #7, #8, and #10) to Plaintiff at his last known address.

Dated at Milwaukee, Wisconsin, this 16th day of August, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge